FILED
November 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003877941

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

JUAN GONZALEZ and
LETICIA GONZALEZ,

         Debtors.
_____/

Case No. 11-19431-A-7F

DC No. RHT-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**
11 U.S.C. §363

Date: December 7, 2011
Time: 9:00 a.m.
Dept: A

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about August 22, 2011, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 2003 Cadillac Escalade with a fair market value of approximately $13,000.00, a 2002 VW Jetta with a fair market value of approximately $3,500.00, and a 2003 Ford F350 with a fair market value of approximately $6,000.00.

5. The Trustee has received an offer from the debtors, Juan Gonzalez and Leticia Gonzalez, to purchase the equity in the above-described assets for the total sum of $7,000.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market values of the vehicles, the costs associated with taking possession of, storing, and selling the vehicles at auction, and the debtors' allowed exemptions in the vehicles totaling $13,500.00, which leaves total non-exempt equity in the amount of $9,000.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, Juan Gonzalez and Leticia Gonzalez, for the total sum of $7,000.00.

**DATED**: NOVEMBER 2, 2011

      /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee